**98–2029.   State ex rel. Burnes v. Judges of the Fourth Dist. Court of Appeals.**
In Procedendo.   This cause originated in this court on the filing of a complaint for a writ of procedendo.   Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.